United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-12723-ref
Brandon G Fink                                                              Chapter 13
Kelly J Fink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: dlv           Page 1 of 1            Date Rcvd: Apr 02, 2018
                                 Form ID: pdf900      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db/jdb        +Brandon G Fink,    Kelly J Fink,    433 Main Street,    Blandon, PA 19510-9517
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Prof-2013-M4 Legal Title Trust, By U.S. Bank Natio,    Robertson, Anschutz & Schneid P.L.,
               6409 Congress Avenue,,    Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2018 02:41:39
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2018 02:41:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 02:36:43     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PROF-2013-M4 LEGAL TITLE TRUST, BY U.S. BANK NATIO
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank National
          Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Prof-2013-M4 Legal Title Trust, By U.S. Bank National
          Association bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com,
          mrivera@wglaw.com
          PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com,
          mrivera@wglaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brandon G. Fink f/d/b/a Fink's Bait and Tackle<br>Kelly J. Fink<br><div align="center">Debtors</div> | CHAPTER 13 |
| PROF-2013-M4 Legal Title Trust, by U.S. Bank<br>National Association, as Legal Title Trustee<br><div align="center">Movant</div> | NO. 17-12723 REF |
| vs. | |
| Brandon G. Fink f/d/b/a Fink's Bait and Tackle<br>Kelly J. Fink<br><div align="center">Debtors</div> | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><div align="center">Trustee</div> | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is $4,765.44, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 1, 2017 to March 1, 2018 at $989.22/month |
| Suspense Balance: | $180.66 |
| **Total Post-Petition Arrears** | **$4,765.44** |

2.    The Debtor shall cure said arrearages in the following manner:

a).    Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$4,765.44.**

b).    Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $4,765.44 along with the pre-petition arrears;

c).    The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due April 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $989.22 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) to the payment address below;

<div align="center">

**Fay Servicing, LLC**
3000 Kellway Drive, Suite 150
Carrollton, TX 75006

</div>

4.       Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.       In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.       If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.       If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.       The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.       The parties agree that a facsimile signature shall be considered an original signature.


Date:    March 21, 2018                          By: /s/ Kevin G. McDonald, Esquire
                                                 Kevin G. McDonald, Esquire


Date:_____                     _____
                                                 John A. DiGiamberardino
                                                 Attorney for Debtors


Date: 3/28/18                                    _____ For
                                                 Frederick L. Reigle
                                                 Chapter 13 Trustee


Approved by the Court this  2  day of  April  , 2018. However, the court retains discretion regarding entry of any further order.