United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brandon G Fink
Kelly J Fink
    Debtors

Case No. 17-12723-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jun 18, 2018
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13921897       E-mail/PDF: cbp@onemainfinancial.com Jun 19 2018 02:13:49      ONEMAIN,    P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
                                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
         JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com, dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com, dmk@cdllawoffice.com
         KEVIN G. MCDONALD    on behalf of Creditor    Prof-2013-M4 Legal Title Trust, By U.S. Bank National Association bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com, mrivera@wglaw.com
         PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com, mrivera@wglaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12723-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Brandon G Fink<br>433 Main Street<br>Blandon PA 19510 | Kelly J Fink<br>433 Main Street<br>Blandon PA 19510 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/20/18

Tim McGrath
**CLERK OF THE COURT**