IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Brandon G. Fink | : Chapter 13 |
| | Kelly J. Fink | : |
| | Debtors | : Case No. 17-12723 |

**ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN**

This Addendum is filed to the Debtors' 1st Amended Chapter 13 Plan to correct the amount of the Debtor's mortgage arrears and to increase the Plan funding accordingly. In that regard, the following is substituted for paragraphs 2(a)(2) and 4(a) of the First Amended Plan:

**"§ 2(a)(2) Amended Plan:**

**Total Base Amount** to be paid to the Chapter 13 Trustee ("Trustee") $11,275.00. The Plan payments by Debtor shall consist of the total amount previously paid ($3,025.00) added to the new monthly Plan payments in the amount of $275.00 beginning April 9, 2018 for 30 months."

**"§ 4(a) Curing Default and Maintaining Payments**

_____  **None.** If "None" is checked, the rest of § 4(a) need not be completed.

The Trustee shall distribute an amount sufficient to pay allowed claims for prepetition arrearages; and, Debtor shall pay directly to creditor monthly obligations falling due after the bankruptcy filing.

| Creditor | Description of Secured Property and Address, if real property | Regular Monthly Payment to be paid directly to creditor by debtor | Estimated Arrearage | Interest Rate on Arrearage, if applicable | Amount to be Paid to Creditor by the Trustee |
|---|---|---|---|---|---|
| Fay Servicing (per stipulation) | 433 Main Street | $998.79 | $6,174.95 | 0 | $6,174.95 |
| Harley Davidson Financial | 2006 Harley motorcycle | $5,763.97 | $156.60 | 0 | $156.60 |
| Car Finance | 2014 Chevrolet Sonic | $12,516.99 | $224.20 | 0 | $224.20" |

In all other respects the First Amended Plan filed by the Debtor is ratified.

Dated: 9/26/18                             **CASE & DIGIAMBERARDINO , P.C.**
                                   By:    s/John A. DiGiamberardino, Esquire
                                          Attorney I.D. #41268
                                          845 N. Park Road, Ste. 101
                                          Wyomissing, PA  19610
                                          (610) 372-9900
                                          (610) 372-5469 - fax
                                          Attorney for Debtor