United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brandon G Fink
Kelly J Fink
    Debtors

Case No. 17-12723-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Sep 27, 2018
                 Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb         +Brandon G Fink,   Kelly J Fink,   433 Main Street,   Blandon, PA 19510-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
         JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com,
          dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com,
          dmk@cdllawoffice.com
         KEVIN G. MCDONALD    on behalf of Creditor    Prof-2013-M4 Legal Title Trust, By U.S. Bank National
          Association bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank National
          Association, as Legal Title Trustee bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com,
          mrivera@wglaw.com
         PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com,
          mrivera@wglaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                                                   TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Brandon G Fink and Kelly J Fink
      Debtor(s)
                             Chapter: 13
                             Bankruptcy No: 17−12723−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 27, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Richard E. Fehling
                                                  Chief Judge ,
                                                  United States Bankruptcy Court

                                                                     45
                                                                Form 155