# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Brandon G Fink FDBA Fink's Bait** | : | **Case No.: 17-12723** |
| **and Tackle** | : | **Chapter 13** |
| **Kelly J Fink** | : | **Judge Richard E. Fehling** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-D, Mortgage-Backed Securities, Series 2018-D, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

>  Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-037923

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

18-037923_ACG1

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

          Respectfully submitted,

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall
          Sarah E. Barngrover
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Brandon G Fink FDBA Fink's Bait | : | Case No.: 17-12723 |
| and Tackle | : | Chapter 13 |
| Kelly J Fink | : | Judge Richard E. Fehling |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

John A. DiGiamberardino, Attorney for Brandon G Fink FDBA Fink's Bait and Tackle and Kelly J Fink, 845 North Park Road, Suite 101, Wyomissing, PA 19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 18, 2018:

Brandon G Fink FDBA Fink's Bait and Tackle and Kelly J Fink, 433 Main Street, Blandon, PA 19510

Brandon G Fink FDBA Fink's Bait and Tackle and Kelly J Fink, 433 Main St, Blandon, PA 19510-9517

DATE:  December 18, 2018

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028

18-037923_ACG1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-037923_ACG1