*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brandon G Fink and Kelly J Fink

    Debtor(s)

Case No: 17–12723–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Response filed by Brandon G Fink, Kelly J Fink to Certification of Default by Creditor U.S. Bank National Association

on: 5/2/19

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  4/2/19

Timothy B. McGrath
Clerk of Court