United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12723-ref
Brandon G Fink                                                        Chapter 13
Kelly J Fink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Apr 02, 2019
                              Form ID: 167           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db/jdb         +Brandon G Fink,    Kelly J Fink,    433 Main Street,    Blandon, PA 19510-9517
cr             +Prof-2013-M4 Legal Title Trust, By U.S. Bank Natio,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Avenue,,    Suite 100,    Boca Raton, FL 33487-2853
14253420        U.S. Bank NA,    c/o Gregory Funding LLC,    PO Box 742334,    Los Angeles CA 90074-2334
13915576       +U.S. Bank, NA,    c/o Robertson, Anschutz & Schneid, PI,    Bankruptcy Department,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 03:42:02
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 03:19:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PROF-2013-M4 LEGAL TITLE TRUST et al...
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KARINA  VELTER    on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor   PROF-2013-M4 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   Prof-2013-M4 Legal Title Trust, By U.S. Bank National
               Association bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brandon G Fink and Kelly J Fink

    Debtor(s)

Case No: 17−12723−ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Response filed by Brandon G Fink, Kelly J Fink to Certification of Default by Creditor U.S. Bank National Association

    on: 5/2/19

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 4/2/19

Timothy B. McGrath
Clerk of Court

59 − 58
Form 167