IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: BRANDON G. FINK | ) | |
| KELLY J. FINK | ) | CHAPTER 13 |
| **Debtors(s)** | ) | |
| | ) | CASE NO. 17-12723-ELF |
| CARFINANCE CAPITAL, | ) | |
| A FLAGSHIP CREDIT COMPANY | ) | 11 U.S.C. 362 |
| **Moving Party** | ) | |
| v. | ) | HEARING DATE: **8-29-19 at 11:00 AM** |
| | ) | |
| BRANDON G. FINK | ) | |
| KELLY J. FINK | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Flagship Credit Acceptance
and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 10,
2019 (Doc. # 67) in the above matter is **APPROVED**.

Date:  10/15/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**