United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brandon G Fink
Kelly J Fink
    Debtors

Case No. 17-12723-elf
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: PaulP<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Oct 16, 2019 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
db/jdb        +Brandon G Fink,   Kelly J Fink,   433 Main Street,   Blandon, PA 19510-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
      ADAM BRADLEY HALL   on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
      JOHN A. DIGIAMBERARDINO   on behalf of Debtor Brandon G Fink jad@cdllawoffice.com, dmk@cdllawoffice.com
      KARINA VELTER   on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
      KEVIN G. MCDONALD   on behalf of Creditor   PROF-2013-M4 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      PETER E. MELTZER   on behalf of Creditor   Midland Funding LLC bankruptcy@wglaw.com, ibernatski@wglaw.com
      SARAH ELISABETH BARNGROVER   on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Flagship Credit Acceptance, c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: BRANDON G. FINK ) | |
| KELLY J. FINK ) | CHAPTER 13 |
| **Debtors(s)** ) | |
| ) | CASE NO. 17-12723-ELF |
| CARFINANCE CAPITAL, ) | |
| A FLAGSHIP CREDIT COMPANY ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | HEARING DATE: **8-29-19 at 11:00 AM** |
| ) | |
| BRANDON G. FINK ) | |
| KELLY J. FINK ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Flagship Credit Acceptance and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 10, 2019 (Doc. # 67) in the above matter is **APPROVED**.

Date: 10/15/19    _____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**