IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Brandon G. Fink | : Chapter 13 |
| | Kelly J. Fink | : |
| | Debtors | : Case No. 17-12723 |

## CERTIFICATE OF NO OPPOSITION

I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Modify Plan Post-confirmation and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date: 5/27/2020

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Rd., Ste. 101
Wyomissing, PA  19610
(610)  372-9900
(610) 372-5469 - fax
Attorney for debtor