IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Brandon G. Fink : Chapter 13
       Kelly J. Fink : 
            Debtors : Case No. 17-12723

## O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Second Amended Chapter 13 Plan is **APPROVED**.

Dated: **May 28, 2020**

BY THE COURT:

_Patricia M. Mayer_
_____
                                    J.