United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brandon G Fink
Kelly J Fink
    Debtors

Case No. 17-12723-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: May 28, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db/jdb        +Brandon G Fink,    Kelly J Fink,    433 Main Street,    Blandon, PA 19510-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
        ADAM BRADLEY HALL    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
        JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com, dmk@cdllawoffice.com
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com, dmk@cdllawoffice.com
        KARINA VELTER    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    Prof-2013-M4 Legal Title Trust, By U.S. Bank National Association bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com, ibernatski@wglaw.com
        PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com, ibernatski@wglaw.com
        SARAH ELISABETH BARNGROVER    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Flagship Credit Acceptance, c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                     TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Brandon G. Fink          : Chapter 13
        Kelly J. Fink              :
            Debtors          : Case No.  17-12723

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Second Amended Chapter 13 Plan is **APPROVED**.

Dated: **May 28, 2020**

BY THE COURT:

*Patricia M. Mayer*
_____
                              J.