IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Brandon G. Fink | : | Chapter 13 |
| Kelly J. Fink | : | |
| Debtors | : | Case No. 17-12723 |

## CERTIFICATION OF NO OBJECTION FILED

I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Supplemental Application for Allowance of Counsel Fees is uncontested.

Dated: 7/10/2020                    **CASE & DIGIAMBERARDINO, P.C.**

By:     s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -fax
Attorney for Debtor