```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-12723-pmm
Brandon G Fink                                                  Chapter 13
Kelly J Fink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP                   Page 1 of 1              Date Rcvd: Jul 13, 2020
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
db/jdb         +Brandon G Fink,    Kelly J Fink,    433 Main Street,    Blandon, PA 19510-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Kelly J Fink jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Brandon G Fink jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KARINA   VELTER    on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Prof-2013-M4 Legal Title Trust, By U.S. Bank National
               Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-M4 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER E. MELTZER    on behalf of Creditor    One Main Financial bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              PETER E. MELTZER    on behalf of Creditor    Midland Funding LLC bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    U.S. Bank National Association
               amps@manleydeas.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Flagship Credit Acceptance, c/o Morton & Craig LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Brandon G. Fink : Chapter 13
        Kelly J. Fink :
            Debtors : Case No. 17-12723 PMM

**O R D E R**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$750.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

Date:  7/13/20

BY THE COURT:

_Patricia M. Mayer_
**U.S. BANKRUPTCY JUDGE**
Patricia M. Mayer