# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Brandon G Fink FDBA Fink's Bait** | : | Case No.: 17-12723 |
| **and Tackle** | : | **Chapter 13** |
| **Kelly J Fink** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-D, Mortgage-Backed Securities, Series 2018-D** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-037923_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 17-12723 |
| **Brandon G Fink FDBA  Fink's Bait and Tackle** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Kelly J Fink** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-D, Mortgage-Backed Securities, Series 2018-D** | : **Related Document #** |
| **Movant,** | : |
| **vs** | : |
| **Brandon G Fink FDBA  Fink's Bait and Tackle** | |
| **Kelly J Fink** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

John A. DiGiamberardino, Attorney for Brandon G Fink FDBA  Fink's Bait and Tackle and Kelly J Fink, Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA  19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 7, 2021:

18-037923_PS

Brandon G Fink FDBA  Fink's Bait and Tackle and Kelly J Fink, 433 Main Street, Blandon, PA  19510

Brandon G Fink FDBA  Fink's Bait and Tackle and Kelly J Fink, 433 Main St, Blandon, PA 19510-9517

DATE: <u>March 7, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-037923_PS