| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12723-PMM**

BRANDON G. FINK
KELLY J. FINK
433 MAIN STREET
BLANDON  PA   19510

Petition Filed Date: 04/19/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2020 | $550.00 | | 05/05/2020 | $275.00 | | 05/18/2020 | $125.00 | |
| 06/11/2020 | $125.00 | | 06/26/2020 | $500.00 | | 07/23/2020 | $125.00 | |
| 08/31/2020 | $125.00 | | 09/29/2020 | $130.00 | | 11/20/2020 | $125.00 | |
| 12/14/2020 | $125.00 | | 01/11/2021 | $250.00 | | 03/01/2021 | $250.00 | |
| 04/30/2021 | $250.00 | | | | | | | |

**Total Receipts for the Period: $2,955.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,930.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | TBF FINANCIAL LLC<br>»» 012 | Unsecured Creditors | $3,415.57 | $0.00 | $3,415.57 |
| 24 | FIRST BANK OF DELAWARE<br>»» 024 | Unsecured Creditors | $557.12 | $0.00 | $557.12 |
| 25 | HAL BROWN COMPANY INC<br>»» 025 | Unsecured Creditors | $12,576.88 | $0.00 | $12,576.88 |
| 5 | CAR FINANCE CAPITAL<br>»» 005 | Secured Creditors | $224.20 | $179.66 | $44.54 |
| 23 | GREGORY FUNDING LLC<br>»» 023 | Mortgage Arrears | $6,174.95 | $4,948.27 | $1,226.68 |
| 6 | HARLEY DAVIDSON CREDIT CORP<br>»» 006 | Secured Creditors | $156.60 | $114.38 | $42.22 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $674.16 | $0.00 | $674.16 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $451.05 | $0.00 | $451.05 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $474.09 | $0.00 | $474.09 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $825.65 | $0.00 | $825.65 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $7,464.82 | $0.00 | $7,464.82 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $310.06 | $0.00 | $310.06 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $724.93 | $0.00 | $724.93 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $925.28 | $0.00 | $925.28 |

**Chapter 13 Case No. 17-12723-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,605.96 | $0.00 | $1,605.96 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $718.07 | $0.00 | $718.07 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $435.78 | $0.00 | $435.78 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $462.87 | $0.00 | $462.87 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $2,625.24 | $0.00 | $2,625.24 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 04S | Secured Creditors | $0.00 | $0.00 | $12,025.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 04U | Unsecured Creditors | $1,471.19 | $0.00 | $1,471.19 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $749.17 | $0.00 | $749.17 |
| 9 | SEVENTH AVENUE »» 009 | Unsecured Creditors | $735.80 | $0.00 | $735.80 |
| 3 | STERLING INC DBA KAY JEWELERS »» 003 | Unsecured Creditors | $305.22 | $0.00 | $305.22 |
| 8 | THE SWISS COLONY »» 008 | Unsecured Creditors | $330.84 | $0.00 | $330.84 |
| 2 | CASE & DIGIAMBERARDINO PC »» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,930.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $9,992.31 | Arrearages: | ($780.00) |
| Paid to Trustee: | $926.58 | Total Plan Base: | $13,025.00 |
| Funds on Hand: | $11.11 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.