### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Kelly J Fink** | : | Case No.: 17-12723 |
| **Brandon G Fink FDBA Fink's Bait** | : | **Chapter 13** |
| **and Tackle** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-D, Mortgage-Backed Securities, Series 2018-D** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

18-037923_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-12723** |
| **Kelly J Fink** : | **Chapter 13** |
| **Brandon G Fink FDBA Fink's Bait and** : | **Judge Patricia M. Mayer** |
| **Tackle** : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **U.S. Bank National Association, as** : | **Related Document #** |
| **Indenture Trustee on behalf of and with** : | |
| **respect to Ajax Mortgage Loan Trust** : | |
| **2018-D, Mortgage-Backed Securities,** : | |
| **Series 2018-D** : | |
| : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Kelly J Fink** | |
| **Brandon G Fink FDBA Fink's Bait and** | |
| **Tackle** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

   John A. DiGiamberardino, Attorney for Kelly J Fink and Brandon G Fink FDBA Fink's Bait and Tackle, Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA 19610, jad@cdllawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 12, 2021:

18-037923_PS

Kelly J Fink and Brandon G Fink FDBA  Fink's Bait and Tackle, 433 Main Street, Blandon, PA  19510

Kelly J Fink and Brandon G Fink FDBA  Fink's Bait and Tackle, 433 Main St, Blandon, PA  19510-9517

DATE: <u>September 12, 2021</u>

<u>/s/ Adam B. Hall</u>
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-037923_PS