**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: | **Chapter 13**
**BRANDON G. FINK**
**KELLY J. FINK** | **Case No.17-12723-PMM**

**Debtors**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: November 19, 2021        By:  */s/ Scott F. Waterman*

Scott F. Waterman, Esquire, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
(610)779-1313 (Phone)
(610)779-3637 fax