United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brandon G Fink  
Kelly J Fink  
    Debtors

Case No. 17-12723-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brandon G Fink, Kelly J Fink, 433 Main Street, Blandon, PA 19510-9517 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13903445 | + | American Coradius International LLC, P.O. Box 209, Amherst, NY 14226-0209 |
| 13913534 | + | Case & DiGiamberardino, P.C., John A. DiGiamberardino, Esq., 845 N. Park Rd., Suite 101, Wyomissing, PA 19610-1342 |
| 13903453 | + | Continental Finance Mastercard, 121 Continental Drive Suite 1, Newark, DE 19713-4347 |
| 13903456 | | Fay Servicing, P.O. Box 809441, Chicago, IL 60680-9441 |
| 13981858 | + | First Bank of Delaware, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13903457 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14351908 | + | Flagship Credit Acceptance, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 13903460 | | Global Credit and Collection Corp, 5440 N. Cumberland Ave., Suite 300, Mount Prospect, IL 60056 |
| 13982053 | + | Hal Brown Company Inc., 16 East Industrial Road, Bramford CT 06405-6507 |
| 13903461 | + | Hal Brown Company, Inc., c/o Strahn Law Offices, P.C., 5341 Perkiomen Avenue, Reading, PA 19606-9600 |
| 13936896 | + | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 13903465 | + | Mohela/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 13981620 | + | PROF-2013-M4 LEGAL TITLE TRUST, BY U.S. BANK NATIO, TRUSTEE, c/o Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |
| 13916859 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 13913189 | + | U.S Dept of ED/Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14253420 | | U.S. Bank NA, c/o Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 13915576 | + | U.S. Bank, NA, c/o Robertson, Anschutz & Schneid, PI, Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 24 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 24 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13903447 | | Email/Text: bnc-applied@quantum3group.com | Nov 24 2021 23:23:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 13903444 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2021 23:22:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 13903446 | + | Email/Text: bnc-applied@quantum3group.com | Nov 24 2021 23:23:00 | Applied Bank, P.O. Box 17125, Wilmington, DE |

Case 17-12723-pmm   Doc 93   Filed 11/26/21   Entered 11/27/21 00:28:53   Desc Imaged
                            Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | | 19850-7125 |
| 13903448 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:32:47 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 13903450 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:32:47 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 13903452 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:32:43 | Citi Bank, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 13928428 | + Email/Text: bankruptcy@flagshipcredit.com | Nov 24 2021 23:23:00 | CarFinance Capital, P.O. Box 3807, Coppell, TX 75019-5877 |
| 13903451 | + Email/Text: bankruptcy@flagshipcredit.com | Nov 24 2021 23:23:00 | Carfinance.com, 7525 Irvine Center Drive Street, Irvine, CA 92618-3066 |
| 13903454 | + Email/Text: convergent@ebn.phinsolutions.com | Nov 24 2021 23:23:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 13903455 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2021 23:32:43 | Credit One Bank N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 13903458 | + Email/Text: support@futurepay.com | Nov 24 2021 23:23:00 | Future Pay, Po Box 157, Lehi, UT 84043-1173 |
| 13903459 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 24 2021 23:23:00 | Genesis Bank Card/Celtic Bank, 268 S. State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 13903462 | + Email/Text: bankruptcy.notices@hdfsi.com | Nov 24 2021 23:23:00 | Harley Davidson Credit, P.O. Box 21829, Carson City, NV 89721-1829 |
| 13903463 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2021 23:23:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 13903464 | + Email/Text: BKRMailOPS@weltman.com | Nov 24 2021 23:23:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13947883 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:32:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13974089 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13921897 | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:32:47 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13903466 | + Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:32:43 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 13979023 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:32:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13904348 | + Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:32:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13962627 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2021 23:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13939457 | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2021 23:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13947261 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 23:23:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13903467 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 23:23:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13903468 | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:32:40 | Springleaf Financial Services of PA, P.O. Box 3251, Evansville, IN 47731-3251 |
| 13903469 | + Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 23:23:00 | Swiss Colony, 1112 7th Ave, Monroe, WI |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 13903470 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:32:47 | 53566-1364<br>Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 13903471 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:32:39 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13903472 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 24 2021 23:32:40 | T- Mobile Bankruptcy Team, P.O. Box 53410, Bellevue, WA 98015 |
| 13903473 | + | Email/Text: JWAGNER@TBFGROUP.COM | Nov 24 2021 23:23:00 | TBF Financial LLC, 740 Waukegan Rd Suite 404, Deerfield, IL 60015-5505 |
| 13947260 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 23:23:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13915576 | + | Email/Text: RASEBN@raslg.com | Nov 24 2021 23:23:00 | U.S. Bank, NA, c/o Robertson, Anschutz & Schneid, PI, Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 13903474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:32:47 | Worlds Foremost Bank, 4800 N.W. 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13903449 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14123808 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13973487 | *+ | TBF Financial, LLC, 740 Waukegan Road, Ste 404, Deerfield, IL 60015-5505 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor PROF-2013-M4 Legal Title Trust  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 58 |

on behalf of Creditor Prof-2013-M4 Legal Title Trust  By U.S. Bank National Association bkgroup@kmllawgroup.com

LISA MARIE CIOTTI

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

PETER E. MELTZER

on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com  ibernatski@wglaw.com

PETER E. MELTZER

on behalf of Creditor One Main Financial bankruptcy@wglaw.com  ibernatski@wglaw.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO

on behalf of Joint Debtor Kelly J Fink steve@sottolaw.com
info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO

on behalf of Debtor Brandon G Fink steve@sottolaw.com
info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Flagship Credit Acceptance  c/o Morton & Craig LLC ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brandon G Fink and Kelly J Fink

    Debtor(s)

Case No: 17−12723−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/24/21

91 − 87
Form 138OBJ