United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12723-pmm
Brandon G Fink  Chapter 13
Kelly J Fink
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brandon G Fink, Kelly J Fink, 433 Main Street, Blandon, PA 19510-9517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Prof-2013-M4 Legal Title Trust By U.S. Bank National Association bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PROF-2013-M4 Legal Title Trust by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| PETER E. MELTZER | on behalf of Creditor One Main Financial bankruptcy@wglaw.com ibernatski@wglaw.com |
| PETER E. MELTZER | on behalf of Creditor Midland Funding LLC bankruptcy@wglaw.com ibernatski@wglaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2022 | Form ID: 195 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Kelly J Fink steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Brandon G Fink steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Flagship Credit Acceptance  c/o Morton & Craig LLC ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Brandon G Fink and Kelly J Fink                       : Case No. 17−12723−pmm
     Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 18, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

99
Form 195